# In the United States Court of Federal Claims

| | |
|---|---|
| HENRY L. CHISOLM, JR., Plaintiff, | |
| v. | No. 99-515C |
| THE UNITED STATES, Defendant. | (Filed: September 7, 2006) |

**ORDER**

A status conference by telephone was held in the above-captioned case on September 7, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, October 4, 2006, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims