IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HENRY L. CHISOLM, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-515C |
| | ) | (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Guy J. Ferrante
GUY J. FERRANTE, Esq.
King & Everhard, P.C.
8019 Daffodil Court
Springfield, VA 22152
Tele: (703) 644-2009
Fax: (703) 644-0013

Attorney For Plaintiff

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

October 3, 2006